**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02789-WJM

LINDA KAY YELLIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Reversing Administrative Law Judge's Decision and Remanding to the Commissioner, entered by the Honorable William J. Martínez, United States District Judge, on January 2, 2014,

IT IS ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing. Plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 6th day of January, 2014.

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                  Edward P. Butler, Deputy Clerk