**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2789-WJM

LINDA KAY YELLIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

This matter is before the Court on Plaintiff's Unopposed Application for Attorney's Fees Under the Equal Access to Justice Act, filed March 26, 2014 (ECF No. 26). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Stipulated Motion is GRANTED. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff's counsel, Ruth K. Irvin, is awarded attorney's fees in the amount of $3,160.00

Dated this 31st day of March, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge