## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-2789-WJM

LINDA KAY YELLIN,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND

---

This matter is before the Court on Defendant's Unopposed Motion to Amend (ECF No. 28) the Court's March 31, 2014 Order granting Plaintiff's Unopposed Application for Attorney's Fees Under the Equal Access to Justice Act, filed March 26, 2014 (ECF No. 27).  The Court's March 31, 2014 Order awarded attorney's fees to Plaintiff's counsel, Ruth K. Irvin.  (ECF No. 27 at 1.)  In the instant Motion, the parties agree that the Equal Access to Justice Act requires that attorney's fees be awarded to the party individually, and not counsel for the party.  (ECF No. 28 at 1.)

The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Unopposed Motion to Amend (ECF No. 28) is GRANTED.  The Court's March 31, 2014 Order granting Plaintiff's Unopposed Application for Attorney's Fees under the Equal Access to Justice Act is AMENDED to state that Plaintiff is awarded attorney's fees in the amount of $3,160.00 pursuant to 28 U.S.C. § 2412.

Dated this 3rd day of April, 2014.

BY THE COURT:

William J. Martinez
United States District Judge